UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMPOSOL URUFUAY S.R.L.,

                    Plaintiff,

           v.                                    No.  26-CV-4951 (RA)

A.P. MOLLER MAERSK A/S *trading as*              ORDER
*Maersk Line*, and M/V SAN AUGUSTIN
MAERSK, *her engines, boilers, etc.*,

                    Defendants.

RONNIE ABRAMS, United States District Judge:

      This case has been assigned to me for all purposes.  It is hereby ordered that, by June 22, 2026,

Plaintiff shall submit a letter explaining the basis for this Court's jurisdiction and why venue is proper

in this district.

SO ORDERED.

Dated:    June 15, 2026
          New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge